PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | CR02-126-001-S-BLW |
| DOCKET NUMBER (Rec. Court) | 04-10019 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jeannette Espinosa<br>295 Hillberg Avenue<br>Brockton, Massachusetts, 02301 | Idaho | |
| | NAME OF SENTENCING JUDGE | |
| | B. Lynn Winmill | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 3/28/03 — TO 3/27/06 |

**OFFENSE**

Aiding and Abetting Wire Fraud

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Idaho___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Massachusetts__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/3/2004  _Date_    _[signature]_ Chief Judge United States District Court

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Jan. 15, 2004  _Effective Date_    _[signature William G. Young]_ United States District Judge